# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOSE ESPINOZA-RIVERA,<br><br>　　　　Defendant. | Case No.: 18-cr-00827-MMA-1<br><br>**ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT WITHOUT PREJUDICE**<br><br>[Doc. No. 15] |

Upon due consideration, in the interests of justice, the Court **GRANTS** the United States' motion and **DISMISSES** the Indictment as to Defendant Jose Espinoza-Rivera in the above-entitled action without prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

DATE: February 27, 2018

_____
HON. MICHAEL M. ANELLO
United States District Judge